IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| ERMA JEAN EDWARDS, | : | |
| Plaintiff | : | |
| VS. | : | |
| HEATCRAFT, INC., | : | CIVIL ACTION NO. 7:05-CV-36(HL) |
| Defendant | : | **O R D E R** |

Plaintiff **ERMA JEAN EDWARDS** files this *pro se* lawsuit against her former employer, Heatcraft, Inc. She also seeks leave to proceed without prepayment of the filing fee or security therefor pursuant to 28 U.S.C. § 1915(a). As it appears that plaintiff is unable to pay the cost of commencing this action, plaintiff's application to proceed *in forma pauperis* is hereby **GRANTED.**

The precise alleged basis for federal jurisdiction in this case is not entirely clear. Although plaintiff does not invoke a constitutional provision or statute, the facts suggest that plaintiff may be trying to raise claims under the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq.*, and Title VII and the Pregnancy Discrimination Act, 42 U.S.C. § 2000e(k).

If plaintiff is, in fact, attempting to assert an action under Title VII, she must comply with certain procedures that are set forth in 42 U.S.C. § 2000e-5. Specifically, an administrative charge must be filed with the Equal Employment Opportunity Commission ("EEOC") within 180 days after the alleged unlawful employment practice occurred, 42 U.S.C. § 2000e-5(e)(1), and a civil complaint must be brought within 90 days of receiving a right-to-sue letter, 42 U.S.C. § 2000e-5(f)(1).

Plaintiff has not indicated in her complaint whether she filed a timely charge with the EEOC and received a right-to-sue letter from that agency. Accordingly, if plaintiff wishes to pursue a Title VII claim, she is directed to supplement her complaint to state whether a charge was filed with the EEOC and whether the EEOC issued a right-to-sue letter. If plaintiff possesses a right-to-sue letter, she must submit a copy of it. The copy of the letter should show clearly the date it was issued by the EEOC.

Accordingly, plaintiff is hereby given **thirty (30) days** from receipt of this order to comply with the above directions. If plaintiff fails to respond to this order in a timely manner, the Court will assume she has elected not to pursue a Title VII claim.

There shall be no service of process until further order of the Court.

**SO ORDERED**, this 2nd day of May, 2005.

          **s/ Hugh Lawson**
          HUGH LAWSON
          UNITED STATES DISTRICT JUDGE

cr